IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Dawn Banks | : | Chapter 13 |
|    Debtor. | : | Bankruptcy No. 15-12369-SR |
| | : | |
| Dawn Banks | : | Adv. Pro. No. 15-00529 |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. Department of Housing and Urban Development | : | |
| | : | |
|    and | : | |
| | : | |
| Pennsylvania Housing Finance Agency | : | |
|    Defendants | : | |

**REQUEST FOR ENTRY OF DEFAULT AGAINST PENNSYLVANIA HOUSING FINANCE AGENCY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 7055**

TO:   CLERK OF THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Pursuant to Federal Rule of Civil Procedure 55 and Federal Rules of Bankruptcy Procedure 7055, Plaintiff Dawn Banks by her undersigned counsel, requests that the Clerk of this Court enter the default of Defendant Pennsylvania Housing Finance Agency for failure to plead or otherwise defend in a timely manner, and in support states as follows:

    1.    On November 21, 2015, Dawn Banks commenced this action by filing a Complaint against Defendants U.S. Department of Housing and Urban Development and Pennsylvania Housing Finance Agency. A true and correct copy of which is attached hereto as Exhibit "A."

2.       Defendants U.S. Department of Housing and Urban Development and Pennsylvania Housing Finance Agency were served with the Summons and Complaint in this case on November 23, 2015 pursuant to the applicable Rules of Civil Procedure. A true and correct copy of the Proof of Service is attached hereto as Exhibit "B & C."

3.       Defendant U.S. Department of Housing and Urban Development and Plaintiff entered a stipulation permitting said Defendant until January 18, 2016 to respond to the adversary complaint. A true and correct copy of which is attached hereto as Exhibit "D."

4.       Defendant Pennsylvania Housing Finance Agency has failed to plead or otherwise defend in a timely manner.

5.       More than twenty-one (21) days has elapsed since the service of the Summons and Complaint on said Defendant Pennsylvania Housing Finance Agency and no request for an extension of time to plead to the Complaint has been requested.

4.       Defendant Pennsylvania Housing Finance Agency is not an infant or incompetent person, nor is Defendant in the military service of the United States of America.

5.       Plaintiff requests default be entered against said Defendant Pennsylvania Housing Finance Agency.

                                    Respectfully submitted:

Dated: <u>January 6, 2016</u>              <u>/s/ *Stephen M. Dunne*</u>
                                              Stephen M. Dunne, Esquire (208838)
                                              1515 Market Street, Suite. 1200
                                              Philadelphia, Pennsylvania  19102

                                              Attorney for Plaintiff