# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Dawn Banks | | |
| Debtor | : | Bankruptcy No. 15-12369SR |
| | : | |
| Dawn Banks | : | |
| Plaintiff | : | |
| v. | : | |
| Pennsylvania Housing Finance Agency | | |
| Defendant | : | Adversary No. 15-529SR |

## DEFAULT JUDGMENT

Before Stephen Raslavich

AND NOW, this 27ᵗʰ day of January 2016 in accordance with Request for Entry of Judgment by Default, Affidavit and Certificate of Service, it is

ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Dawn Banks and against Defendant, Pennsylvania Housing Finance Agency in the amount of Seven Thousand Three Dollars and Forty Cents ( $7,003.40 ).

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court

bfa1.frm
(9/07/04)